UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Brett N. Rodgers, Chapter 13 Standing Trustee

Page 1

IN RE:
JACOB HALEY NASH
2160 GENEVA LN
NORTON SHORES MI 49441

Date 07/03/2024

Case Number 23-02579-G

JACOB HALEY NASH
2160 GENEVA LN
NORTON SHORES MI 49441

## NOTICE OF INTENT TO PAY CLAIMS

| Claim | Creditor | Date Filed | Scheduled | Allowed | Pay % | Class |
|---|---|---|---|---|---|---|
| 001-0 | RYAN B. MORAN<br>MORAN LAW<br>25600 WOODWARD AVE SUITE 201 | | 2,900.00 | 2,900.00 | | Legal |
| 002-0 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7317 | 11/16/2023 | 64,359.68 | 15,467.23 | | Secured |
| 002-1 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7317 | 11/16/2023 | | 0.00 | | Priority |
| 002-2 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7317 | 11/16/2023 | | 48,892.45 | 0.72 | Unsecured |
| 003-0 | ROCKET MORTGAGE QUICKEN<br>1050 WOODWARD AVENUE | | 321,495.00 | 0.00 | | Secured<br>Direct |
| 004-0 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346 | | 72,942.41 | 0.00 | | Priority<br>Not Filed |
| 005-0 | AMAZON CAPITAL SERVICES, INC<br>PO BOX 84837 | 01/16/2024 | 332,731.09 | 488,051.05 | 0.72 | Unsecured |
| 006-0 | CAPITAL BANK, N.A.<br>2275 RESEARCH BLVD STE 600 | | 159.00 | 0.00 | | Unsecured<br>Not Filed |
| 007-0 | CAPITAL ONE<br>P. O. BOX 30281 | | 5,000.00 | 0.00 | | Unsecured<br>Not Filed |

Continued on Next Page

In RE:   JACOB HALEY NASH                                            Case Number   23-02579-G        7/3/2024

| Claim | Creditor | Date Filed | Scheduled | Allowed | Pay % | Class |
|---|---|---|---|---|---|---|
| 008-0 | CFG MERCHANT SOLUTIONS<br>180 MAIDEN LN SUITE 1502 | | 10,000.00 | 0.00 | | Unsecured<br>Not Filed |
| 009-0 | CHASE<br>CHASE CARD SERVICES<br>PO BOX 15298 | | 13,835.00 | 0.00 | | Unsecured<br>Not Filed |
| 010-0 | LVNV FUNDING LLC<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587 | 01/10/2024 | 72.00 | 116.03 | 0.72 | Unsecured |
| 011-0 | FEDEX CORPORATION<br>3610 KACKS CROSS RD | | 0.00 | 0.00 | | Unsecured<br>Not Filed |
| 012-0 | FIRST PROGRESS CARD<br>PO BOX 9053 | | 99.00 | 0.00 | | Unsecured<br>Not Filed |
| 013-0 | MICHIGAN FINANCE AUTHORITY<br>C/O FIRSTMARK SERVICES<br>PO BOX 82522 | 11/15/2023 | 6,799.00 | 6,836.97 | 0.72 | Unsecured |
| 014-0 | FORWARD FINANCING LLC<br>53 STATE STREET<br>20TH FLOOR | 01/16/2024 | 119,183.65 | 100,568.36 | 0.72 | Unsecured |
| 015-0 | ON DECK CAPITAL, INC<br>CLIENT SERVICES CENTER<br>4700 W DAYBREAK PKWY, STE 200 | 01/12/2024 | 308,179.78 | 323,180.14 | 0.72 | Unsecured |
| 016-0 | INDUSTRIAL LEASING<br>C/O CAVAN J BERRY<br>990 TERRACE ST STE 117 | | 2,743.03 | 0.00 | | Unsecured<br>Not Filed |
| 017-0 | KIKOFF LENDING LLC<br>ATTN BANKRUPTCY<br>75 BROADWAY SUITE 226 | | 15.00 | 0.00 | | Unsecured<br>Not Filed |
| 018-0 | KOHLS / CAPITAL ONE<br>KOHLS CREDIT<br>PO BOX 3043 | | 16.00 | 0.00 | | Unsecured<br>Not Filed |
| 019-0 | FORD MOTOR CREDIT COMPANY<br>C/O SZUBA & ASSOCIATES PLLC<br>40600 ANN ARBOR ROAD STE 100 | 11/14/2023 | 12,404.00 | 12,404.26 | 0.72 | Unsecured |

Continued on Next Page

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Brett N. Rodgers, Chapter 13 Standing Trustee

Page 3

In RE:   JACOB HALEY NASH                                                     Case Number    23-02579-G       7/3/2024

| Claim | Creditor | Date Filed | Scheduled | Allowed | Pay % | Class |
|---|---|---|---|---|---|---|
| 020-0 | MOHELA / DEPT OF ED<br>ATTN BANKRUPTCY<br>633 SPIRIT DR | | 8,336.00 | 0.00 | | Unsecured<br>Not Filed |
| 021-0 | MOHELA / DEPT OF ED<br>ATTN BANKRUPTCY<br>633 SPIRIT DR | | 6,721.00 | 0.00 | | Unsecured<br>Not Filed |
| 022-0 | US DEPARTMENT OF EDUCATION/MOH<br>PO BOX 790233 | 04/24/2024 | 5,699.00 | 33,270.38 | 0.72 | Unsecured |
| 023-0 | MOHELA / DEPT OF ED<br>ATTN BANKRUPTCY<br>633 SPIRIT DR | | 3,534.00 | 0.00 | | Unsecured<br>Not Filed |
| 024-0 | MOHELA / DEPT OF ED<br>ATTN BANKRUPTCY<br>633 SPIRIT DR | | 3,404.00 | 0.00 | | Unsecured<br>Not Filed |
| 025-0 | MOHELA / DEPT OF ED<br>ATTN BANKRUPTCY<br>633 SPIRIT DR | | 2,763.00 | 0.00 | | Unsecured<br>Not Filed |
| 026-0 | MOHELA / DEPT OF ED<br>ATTN BANKRUPTCY<br>633 SPIRIT DR | | 2,442.00 | 0.00 | | Unsecured<br>Not Filed |
| 027-0 | NAVIENT PC TRUST<br>NAVIENT SOLUTIONS LLC<br>PO BOX 9000 | 12/15/2023 | 9,788.00 | 9,842.90 | 0.72 | Unsecured |
| 028-0 | NAVIENT PC TRUST<br>NAVIENT SOLUTIONS LLC<br>PO BOX 9000 | 12/15/2023 | 5,577.00 | 5,608.01 | 0.72 | Unsecured |
| 029-0 | NAVIENT PC TRUST<br>NAVIENT SOLUTIONS LLC<br>PO BOX 9000 | 12/15/2023 | 4,173.00 | 4,196.59 | 0.72 | Unsecured |
| 030-0 | OPENSKY<br>PO BOX 182477 | | 159.00 | 0.00 | | Unsecured<br>Not Filed |
| 031-0 | PAYPAL CREDIT<br>PO BOX 105658 | | 15,000.00 | 0.00 | | Unsecured<br>Not Filed |

Continued on Next Page

In RE: JACOB HALEY NASH       Case Number   23-02579-G       7/3/2024

| Claim | Creditor | Date Filed | Scheduled | Allowed | Pay % | Class |
|---|---|---|---|---|---|---|
| 032-0 | PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914 | 01/16/2024 | 2,374.00 | 2,374.39 | 0.72 | Unsecured |
| 033-0 | MRV BANKS<br>2700 S LORRAINE PLACE | 11/09/2023 | 254.00 | 254.09 | 0.72 | Unsecured |
| 034-0 | SELFINC/LEAD<br>ATTN BANKRUPTCY<br>1801 MAIN ST | | 69.00 | 0.00 | | Unsecured<br>Not Filed |
| 035-0 | CHALK SUPPLY LLC<br>117 W COLBY ST | | 0.00 | 0.00 | | Unsecured<br>Not Filed |
| 036-0 | LVNV FUNDING LLC<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587 | 01/10/2024 | 0.00 | 65.56 | 0.72 | Unsecured |
| 037-0 | PNC BANK NATIONAL ASSOCIATION<br>PO BOX 94982 | 01/11/2024 | 0.00 | 7,330.84 | 0.72 | Unsecured |
| 772-0 | CLERK OF THE COURT<br>US BANKRUPTCY COURT<br>ONE DIVISION AVENUE NW ROOM 200 | 11/07/2023 | 313.00 | 313.00 | | Admin |
| TRS-0 | Brett N. Rodgers | | 0.00 | 2,029.56 | | Trustee |

|  | Secured | Priority | Unsecured | Admin | Atty | Other |
|---|---|---|---|---|---|---|
| Debt To Be Paid | 15,467.23 | 0.00 | 0.00 | 2,342.56 | 2,900.00 | 0.00 |

Total To Be Paid       20,709.79

/s/ Brett N. Rodgers
Brett N. Rodgers, Chapter 13 Trustee

Continued on Next Page

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Brett N. Rodgers, Chapter 13 Standing Trustee

Page 4

In RE:   JACOB HALEY NASH                                            Case Number   23-02579-G    7/3/2024

## PROOF OF SERVICE

I declare that I am a citizen of the United States, over the age of 18 years and not a party
of the within action; That I am employed by BRETT N. RODGERS, CHAPTER 13 STANDING TRUSTEE

and that on the Date of Service I served the within
on: DEBTOR(S)

Date of Service:  7/3/2024

by first class mail with postage fully prepaid thereon.
Executed at Grand Rapids, Michigan on Date of Service.

/s/ Evie Powers

Evie Powers